## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JARED SCHWARTZ, | : | Case No. 1:19-cv-453 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| CLERMONT COUNTY SHERIFF'S OFFICE, *et al.*, | : | |
| Defendants. | : | |

### ORDER SETTING SETTLEMENT CONFERENCE

This case is hereby set for a settlement conference on **March 16, 2021** at **12:00 p.m.** with all parties. The settlement conference will be held by video conference. The Court will provide the parties with the relevant video conference instructions by email. Judge Black will serve as the facilitator of the settlement conference.

Not later than **March 9, 2021**, each party shall submit to the Judge only, and without formal filing with the Clerk, a confidential letter of three to five pages regarding potential settlement, including a statement of the strengths and weaknesses of the case, an assessment of liability and damages, a summary of prior settlement negotiations, if any, and a proposal as to how to settle this case now. These letters will be maintained by the Court separate and apart from the case file, and should be delivered by email (black_chambers@ohsd.uscourts.gov).

Throughout the entirety of this settlement conference, party representatives with complete authority to negotiate a settlement of the case shall be present unless otherwise ordered.

Pursuant to S.D. Ohio Civ. R. 16.3(c), all statements made by the parties to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the parties' written statements shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

**IT IS SO ORDERED.**

Date: 2/19/2021

s/Timothy S. Black
Timothy S. Black
United States District Judge